# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2018

## NO. 03-18-00260-CR

**Ronald Rudolph Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, BOURLAND, AND TOTH
## REVERSED AND REMANDED ON MOTION FOR REHEARING--
## OPINION BY JUSTICE PURYEAR

This is an appeal from the judgments of conviction rendered by the district court. This Court's opinion and judgment issued on July 24, 2018, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgments of conviction and its associated sentence. Therefore, the Court reverses the district court's judgments of conviction and remands the case for a new punishment hearing consistent with this Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.